IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:16-CR-47-H-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| REGINALD ALEXANDER STUBBS, | ) | |
| | ) | |
| Defendant. | ) | |

By order entered 22 July 2016 Order (D.E. 33 at 6, ¶ 13), the court notified the parties of its intention to take judicial notice, pursuant to Fed. R. Evid. 201(c)(1), of defendant's criminal history as set out in D.E. 32 for purposes of the pending proceedings to determine his competency under 18 U.S.C. § 4241 and provided them the opportunity to file objections by 29 July 2016. Neither party has filed objections.

Accordingly, the court hereby takes judicial notice of defendant's criminal history as set out in D.E. 32 for purposes of the pending proceedings to determine his competency under 18 U.S.C. § 4241.

SO ORDERED, this 3rd day of August 2016.

_____
James E. Gates
United States Magistrate Judge