IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
5:16-CR-47-H-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| REGINALD ALEXANDER STUBBS, | ) | |
| | ) | |
| Defendant. | ) | |

This case comes before the court on defendant's motion (D.E. 46) to seal the proposed sealed document (D.E. 45) filed on 11 October 2016 and motion (D.E. 51) to seal the proposed sealed motion (D.E. 50) filed on 31 October 2016. Defendant failed to adequately state any basis for sealing in either motion to seal or to file a memorandum in support of either motion as required by Local Criminal Rule 55.2, E.D.N.C. and Section T of the court's CM/ECF Administrative Policies and Procedures Manual.

Accordingly, the motions are DENIED WITHOUT PREJUDICE. Defendant shall file any renewed motion to seal and the requisite supporting memorandum no later than 16 November 2016. The Clerk is DIRECTED to maintain Docket Entries 45 and 50 under temporary seal until the court enters a ruling on any renewed motion to seal. However, if a renewed motion to seal and memorandum are not timely filed, Docket Entries 45 and 50 shall be unsealed without further order of the court.

SO ORDERED, this 2nd day of November 2016.

James E. Gates
United States Magistrate Judge