IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:16-CR-47-H-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| REGINALD ALEXANDER STUBBS, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on defendant's "Motion for Emergency Hearing Regarding Reginald Stubbs' Medical Care Because Without It He May Die." The court scheduled an emergency hearing for Tuesday, September 26, 2017. At the hearing, defense counsel presented a plan for medical care to the court, to which the government concurred inasmuch as the government agrees defendant needs immediate medical evaluation.

The court, through various filings, has been duly informed of the current physical condition of the defendant. While the root cause is unknown and somewhat disputed by the parties, defendant's physical condition has deteriorated to a point that immediate medical care in a high level referral medical center is necessitated. The court hereby orders the Marshal Service to facilitate such referral. Such admission will require a thorough medical work up for known organic causes of catatonia which would include neuroimaging: MRI, EEG, neurological consultation, thorough physical work-up including detailed serologic studies to

look for infectious or metabolic abnormalities that could contribute to his presentation.

Pending completion of this medical evaluation, the court requests defendant be considered for a lorazepam challenge test which is a commonly used diagnostic test for catatonia.

The court recognizes that once this medical evaluation is complete, the defendant may need an additional psychological evaluation and will likely need additional medical treatment such as physical therapy. The court shall address any such requests in due course.

The court hereby requests a report of this evaluation be provided to the court within 21 days of the date of filing of this order.

Therefore, the court hereby directs the United States Marshal Service to forthwith have Defendant Stubbs placed in a high level referral medical center. This medical need is imminent, and this order should be carried out expeditiously. The Marshal Service is directed to keep the court updated on the placement and status of the defendant.

This _26th_ day of September 2017.

                                                      _____
                                                      Malcolm J. Howard
                                                      Senior United States District Judge

At Greenville, NC
#26