IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:16-CR-47-H-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| REGINALD ALEXANDER STUBBS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the forensic evaluation from the Bureau of Prisons regarding Mr. Stubbs and a request for an additional period of hospitalization.

By order filed March 26, 2018, the court granted the Bureau of Prisons' request for an additional period of hospitalization for defendant for treatment at the Federal Medical Center at Butner for an additional period of four months. 18 U.S.C. § 4241(d).

The court has reviewed the forensic evaluation and finds the request for additional time to be reasonable. Therefore, in accordance with 18 U.S.C. § 4241(d), the court hereby orders defendant remain in the custody of the Attorney General for hospitalization for treatment at the Federal Medical Center at Butner for an additional period of four months. An updated forensic evaluation or other necessary report shall be filed at the end of the additional hospitalization period.

It is further ordered that the hearing on any and all pending motions and arraignment in this case shall be CONTINUED. Any delay

that results from this continuance is excluded from Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(1)(A). Moreover, the court finds that the interests of justice served by this continuance outweigh the best interests of the public and defendant in a speedy trial and, therefore, any delay occasioned by this continuance is also excluded from Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(7)(A).

This 6th day of September 2018.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26