UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-CR-47-1H

UNITED STATES OF AMERICA

v.

REGINALD ALEXANDER STUBBS

ORDER

This matter is before the court regarding an extension of time in which to conduct the forensic evaluation for Mr. Stubbs, who is in the custody of the Bureau of Prisons at the Federal Medical Center at Butner, North Carolina.

By order filed September 6, 2018, the court granted the Bureau of Prisons' request for an additional period of hospitalization for defendant for treatment at the Federal Medical Center at Butner for an additional period of four months. 18 U.S.C. § 4241(d).

It has come to the attention of counsel for the defendant from a phone conference with the treating psychologist that an additional period of sixty (60) days would be beneficial to the outcome of the evaluation.

The court finds the request for additional time to be reasonable. Therefore, in accordance with 18 U.S.C. § 4241(d), the court hereby orders defendant to remain in the custody of the Attorney General for hospitalization for treatment at the Federal Medical Center at Butner for an additional period of sixty (60) days. An updated forensic evaluation or other necessary report shall be filed at the end of the additional hospitalization period.

It is further ordered that the hearing on any and all pending motions and arraignment in this case shall be CONTINUED. Any delay that results from this continuance is excluded from Speedy Trial Act

-1-

computation pusuant to 18 U.S.C. § 3161(h)(1)(A). Moreover, the court finds that the interests of justice served by this continuance outweigh the best interests of the public and defendant in a speedy trial and, therefore, any delay occasioned by this continuance is also excluded from Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(7)(A).

This 12th day of February, 2019.

MALCOLM J. HOWARD
Senior United States District Judge