UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-CR-47-1H

UNITED STATES OF AMERICA

v.

REGINALD ALEXANDER STUBBS

ORDER

This matter is before the court regarding a motion to release sealed reports, DE 32 and 95, to Attorney Katherine Davis, for the purpose of filing a guardianship petition for PR, the mother of the Defendant, who is currently in the custody of the Bureau of Prisons at the Federal Medical Center at Butner, North Carolina.

The court finds the request to release DE 32 and DE 95 to be reasonable. Therefore, the Court hereby orders that Defendant's counsel may release DE 32 and DE 95 to Katherine Davis, attorney for PR. These documents shall remain sealed while in the possession of Attorney Davis. If it becomes necessary for either DE 32 or DE 95 to be filed in a state court proceeding, each document should be filed under seal in the respective state court.

This 30TH day of July, 2019.

MALCOLM J. HOWARD
Senior United States District Judge