UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-CR-47-1H

| | |
|---|---|
| UNITED STATE OF AMERICA | |
| v. | ORDER |
| REGINALD STUBBS | |

Upon motion of the defendant, without opposition from the government, and for good cause shown, the court hereby grants defendant's motion and orders the defendant be immediately RELEASED from the custody of the United States. Furthermore, the court directs the government to SHOW CAUSE within 14 days why the indictment in this matter should not be dismissed. The clerk is directed to remove this matter from the November calendar of this court.

This 1st day of November 2019.

_____
MALCOLM J. HOWARD
Senior United States District Judge