UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-CR-47-1H

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER |
| v. | |
| REGINALD ALEXANDER STUBBS | |

This matter is before the court regarding a motion to release sealed reports, DE 15, 88, 90 and 95, and sealed motions, DE 104 and 107 in the above captioned case to appointed counsel, Attorney Stephen Goodwin, for the purpose of representing Reginald Stubbs in competency matters in Robeson County Superior Court.

The court finds the request to release DE 15, 88, 90, DE 95, 104 and 107 to be reasonable. Therefore, the Court hereby orders that Defendant's counsel release DE 15, 88, 90, 95, 104 and 107 to Stephen Goodwin, Appointed Attorney for Reginald Stubbs. These documents shall remain sealed while in the possession of Attorney Goodwin. If it becomes necessary for DE 15, 88, 90, 95, 104 and/or 107 to be filed in a state court proceeding, each document should be filed under seal in the respective state court.

This 8th day of March, 2020.

_____
MALCOLM J. HOWARD
Senior United States District Judge